IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORBIN D. JONES, <br> #01-30-1989-46, <br><br> Plaintiff, <br><br> vs. <br><br> BONNIE MAY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 17-cv-488-JPG <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On May 10, 2017, Plaintiff Corbin Jones filed a Complaint (Doc. 1) pursuant to 42 U.S.C. § 1983 seeking monetary relief for various alleged violations of his constitutional rights. Along with the Complaint, Plaintiff filed a motion seeking leave to proceed *in forma pauperis* ("IFP motion") (Doc. 2) without prepayment of the filing fee for this action. Pursuant to the requirements of the PLRA, this Court ordered Plaintiff to provide the Clerk of Court with a certification completed by the Trust Fund Officer at the facility in which he is housed and a copy of his trust fund account statement (or institutional equivalent) for the period 11/1/2016 to 5/10/2017 to support his IFP motion no later than June 26, 2017. *See* 28 U.S.C. § 1915(a).

The Court warned Plaintiff that failure to comply with the Order by the deadline would result in dismissal of the action for failure to comply with an Order of this Court. (Doc. 7) (citing FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994)). The deadline has now passed, and Plaintiff has not submitted the required certification and trust fund account statement. He has also failed to

1

request an extension of the deadline for doing so. Plaintiff is in clear violation of the Court's Order (Doc. 7). The Court will not allow this matter to linger indefinitely.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court and for want of prosecution. *See id*. This dismissal shall **NOT** count as a "strike" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, so the fee of $400.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS ALSO ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED** for failure to provide the necessary prisoner trust fund account information as is required by the PLRA. 28 U.S.C. § 1915(a).

**IT IS FURTHER ORDERED** all other pending motions, including Plaintiff's Motion to Appoint Counsel (Doc. 3), are **DENIED** as **MOOT**.

The Clerk's Office is **DIRECTED** to close this case and enter a judgment accordingly.

**IT IS SO ORDERED.**

**DATED: July 7, 2017**

*s/J. Phil Gilbert*
**District Judge**
**United States District Court**