# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORBIN D. JONES, #01-30-1989-46, Plaintiff, vs. BONNIE MAY, Defendant. | Case No. 17-cv-488-JPG |

# JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED without prejudice**, the parties to bear their own costs. This dismissal shall not count as a "strike" under 28 U.S.C. § 1915(g).

**DATED**: July 7, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/ *Tammy McMannis*
Deputy Clerk

APPROVED: *s/J. Phil Gilbert*
J. PHIL GILBERT
United States District Judge